IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY EUGENE KRUGER | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 922(g)(1), 924(a)(8), 924(d) and 2; and 28 U.S.C. 2461(c) |

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about January 5, 2023, in the District of North Dakota,

ANTHONY EUGENE KRUGER,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Forgery, in violation of N.D. Cent. Code § 12.1-24-01, State of North Dakota, County of Richland, Case No. 39-10-K-67, on or about May 4, 2010;

2. Escape, in violation of N.D. Cent. Code §§ 12.1-08-06(1) and 12.1-08-06(2)(b), State of North Dakota, County of Richland, Case No. 39-2011-CR-120, on or about May 19, 2011;

3. Delivery of a Controlled Substance, three counts, in violation of N.D. Cent. Code §§ 19-03.1-23(1)(b), 19-03.1-05(5)(x), 19-03.1-07(3)(d), and 19-03.1-23.1(1)(a), State of North Dakota, County of Richland, Case No. 39-2012-CR-156, on or about August 2, 2012; and

4. Sale of Drugs in the First Degree, in violation of Minn. Stat. §§ 152.021.1(1) and 152.021.3(b), State of Minnesota, County of Becker, Case No. 03-CR-20-287, on or about, May 6, 2020;

did knowingly possess in and affecting commerce a firearm, that is:

- One Smith & Wesson, Model 422, .22 caliber pistol, Serial Number TED0615;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of the offense alleged in this Indictment,

ANTHONY EUGENE KRUGER

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including, but not limited to, the following:

- One Smith & Wesson, Model 422, .22 caliber pistol, Serial Number TED0615.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/ljc