IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY EUGENE KRUGER,<br><br>Defendant. | Case No. 3:23-cr-79<br><br>**MOTION TO UNSEAL CASE** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Jacob T. Rodenbiker, Assistant United States Attorney, moves the Court for an Order unsealing the case, for the purpose of facilitating his extradition from the State of North Dakota to the State of Minnesota, and for other proceedings to be determined in this case. Defendant is in custody in Richland County, North Dakota, awaiting transfer for state parole revocation proceedings in Minnesota. The United States represents there is no longer a reason for the file to remain sealed.

Dated:  June 23, 2023

                                                          MAC SCHNEIDER
                                                          United States Attorney

                     By:   /s/ *Jacob T. Rodenbiker*
                              JACOB T. RODENBIKER
                              Assistant United States Attorney
                              ND Bar ID 06497
                              655 First Avenue North, Suite 250
                              Fargo, ND 58102-4932
                              (701) 297-7400
                              jake.rodenbiker@usdoj.gov
                              Attorney for United States