AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'23 MAY 10 PM 2:47

| United States of America | ) |
| v. | ) |
| ANTHONY EUGENE KRUGER | ) Case No. 3:23-cr-79 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony Eugene KRUGER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Convicted Felon
Aiding and Abetting
Forfeiture Allegation

Date:   05/10/2023

/s/ Shantel Jagol
*Issuing officer's signature*

City and state:   Fargo, ND

Shantel Jagol, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/10/23, and the person was arrested on *(date)* 8/22/23
at *(city and state)* Lino Lakes, MN

Date: 8/30/23

(For ATF)
*Arresting officer's signature*

C. Johnson / SDUSM
*Printed name and title*