IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    v.<br><br>ANTHONY EUGENE KRUGER,<br><br>            Defendant. | Case No. 3:23-cr-00079<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Anthony Eugene Kruger
Detained at (custodian) Minnesota Correctional Facility - Lino Lakes (Shannon Reimann, Warden)
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on Thursday, September 19, 2024, at 9:00 a.m., for the purpose of change of plea hearing.

| | |
|---|---|
| Attorney Signature: | /s/  Jacob T. Rodenbiker |
| Printed Name and Telephone Number: | JACOB T. RODENBIKER, 701-297-7400 |
| Dated: August 15, 2024 | Attorney of Record for the United States |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: 8/19/2024

/s/ Alice R. Senechal
_____
Magistrate Judge Alice R. Senechal
United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____   By: _____   _____
Date Executed                              Printed Name                               Signature